UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Greeneville Tennessee_

_Peter Blackshaw_
_205 T. Harris Rd_
_Flag Pond Tn 37657_
Name of plaintiff(s)

v.

_MSC Industrial Direct_
_75 Maxess Rd_
_Melville N.Y. 11747_
Name of defendant(s)

Case No. _____
(to be assigned by Clerk)

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_MSC Industrial Direct provided false and misleading information to the U.S. Equal Employment Opportunity Commission, New York District Office Case # 494-2012-00967_

2. Plaintiff, _Peter Blackshaw_ resides at _205 T. Harris Rd_, _Flag Pond_
   street address                                       city

_Unicoi_, _Tn_, _37657_, _828-242-3573_
county    state   zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, MSC Industrial Direct lives at, or its business is located at

__75 Maxess Rd__, __Melville__,
street address / city

__Suffolk__, __N.Y.__, __11747__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

MSC Industrial Direct provided false and misleading information to the U.S. Equal Opportunity Commission in the matter of an age discrimination charge case number 494-2012-00967 resulting in a dismissal of the case. The charge is age discrimination. False and misleading information provided by MSC Industrial Direct prevented the U.S. Equal Opportunity Commission from conducting a proper investigation. The instructions from the EEOC were to file suit in Federal Court if I wished to continue this matter and that is my intention. The actions of MSC have ruined my thirty year career in the industrial supply business.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Relief in the amount of $2,000,000. (Two Million Dollars)

   b.

   c.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 28th day of January, 20 13.

*Peter Blackshaw*

Signature of plaintiff (s)

3